IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SALATTO, ) | |
| ) | |
| Plaintiff, ) | Misc. Action No. 10-252-SLR |
| ) | |
| v. ) | (Civ. No. 3:08-cv-1071) |
| ) | (Case Pending in the D. of Conn.) |
| CITY OF MILFORD, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

At Wilmington this 1st day of January, 2011, having considered plaintiff Robert Salatto's motion for leave to proceed in without prepaying fees or costs and request for issuance of subpoenas (D.I. 1, 2);

IT IS ORDERED that:

1. Plaintiff's application to proceed without prepaying fees or costs is **granted**. (D.I. 1)

2. Plaintiff seeks the issuance of a subpoena to the Discover credit card company for the records of Lawrence G. Acquarulo ("Acquarulo"), plaintiff's stepfather. Plaintiff is an incarcerated individual and the court will not issue a subpoena to a credit card company for an individual other than plaintiff without an order from the United States District Court for the District of Connecticut in Civ. No. 08-1071-MRK. The court is aware the District Court in Connecticut ordered the issuance of four subpoenas and payment of service by the United States Marshal Service for records pertaining to Acquarulo. It is unclear, however, if that order speaks to records from the Discover credit card company. Therefore, the court hold's plaintiff's request in abeyance pending

receipt of a court order from the United States District Court for the District of Connecticut that it approved issuance of said subpoena.

                                                                     _____
                                                          UNITED STATES DISTRICT JUDGE